[No. 66551-1-I.   Division One.   April 16, 2012.]

*In the Matter of the Marriage of* KAREN LYNN MADDEN, *Respondent*, and MARR PAUL MADDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-08031-7, Mariane C. Spearman, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Dwyer, JJ.

[No. 66603-7-I.   Division One.   April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS S. PEPPERELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01633-8, Larry E. McKeeman, J., entered January 19, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Ellington and Dwyer, JJ.

[No. 66612-6-I.   Division One.   April 16, 2012.]

DAVID W. MAYERS, JR., *Appellant*, v. JOHN GRAHAME BELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-31926-0, Susan J. Craighead, J., entered December 21, 2010. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 66772-6-I.   Division One.   April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROMY KEITH LADWIG, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-1-00216-3, Vickie I. Churchill, J., entered February 28, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Ellington, J.